IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| ANTHONY CORTESS KIMBER, | ) | |
| --- | --- | --- |
| Plaintiff, | ) | |
| vs. | ) | Case No. 23-00105-CV-W-GAF-SSA |
| MARTIN J. O'MALLEY, Commissioner of Social Security, | ) | |
| Defendant. | ) | |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision of the Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that substantial evidence supports the ALJ's decision that Plaintiff is not entitled to ongoing benefits. However, the ALJ failed to consider whether Plaintiff was eligible for a closed period of benefits. For these reasons and the reasons set forth above, the Commissioner's decision is AFFIRMED in part, REVERSED in part, and REMANDED for reconsideration in accordance with this decision.

Dated: July 12, 2024        PAIGE WYMORE-WYNN
                             Clerk of Court

Entered: July 12, 2024       /s/ Lisa Mitchell
                             (By) Deputy Clerk