IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
ST. JOSEPH DIVISION

| ANTHONY CORTESS KIMBER, | ) |
|---|---|
| Plaintiff, | ) |
| vs. | ) Case No. 23-00105-CV-W-GAF-SSA |
| MARTIN J. O'MALLEY,<br>Commissioner of Social Security, | ) |
| Defendant. | ) |

## JUDGMENT IN A CIVIL ACTION

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision of the Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

1. Plaintiff's Motion for Attorney Fees is GRANTED;

2. Plaintiff is awarded $7,500.00 in EAJA fees, subject to offset to satisfy any pre-existing debt Plaintiff may owe the United States;

3. Defendant shall verify if Plaintiff owes a pre-existing debt to the United States and direct payment of any amount of the award that is not subsumed by debt to Plaintiff's attorney, Roger M. Driskill, and mail said payment to: Roger M. Driskill, 103 West 26th Avenue, Suite 290, North Kansas City, MO 64116.

Dated: September 30, 2024          PAIGE WYMORE-WYNN
                                    Clerk of Court

Entered: September 30, 2024        /s/ Lisa Mitchell
                                    (By) Deputy Clerk